**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PREMIER GAMING TRAILERS LLC,
a Florida limited liability company,

      Plaintiff,

vs.                                 Case No.: 8:16-cv-03378-T-33-TGW

LUNA DIVERSIFIED ENTERPRISES, INC.,
a California corporation,

      Defendant.

_____/

### JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION

      Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff, Premier Gaming Trailers LLC ("Premier Gaming"), together with Luna Diversified Enterprises, Inc. ("Luna"), collectively the "Parties", request an extension of time to comply with the deadline to select a mediator as set forth in this Court's Endorsed Order (the "Endorsed Order"), [Doc. 35], entered on June 12, 2017 and in support state as follows:

      1.      On April 17, 2017, this Court entered the "Case Management and Scheduling Order" (the "Scheduling Order"), [Doc. 30], requiring the parties to mediate on a specific date and time previously agreed upon by the parties.

      2.      On April 26, 2017, Premier Gaming filed its "Notice of Mediation" (the "Notice"), [Doc. 32].  The mediation was scheduled to occur on September 7, 2017.

      3.      On April 26, 2017, this Court entered its "Order Appointing Mediator," [Doc. 33], appointing Michael P. Horan ("Horan") as the mediator.

      4.      On June 9, 2017, Horan filed his "Notice of Unavailability and Request to be Relieved as Mediator," [Doc. 34].

5.     The Endorsed Order requires the parties to select an alternative mediator by June 16, 2017.

6.     The parties have been in discussions regarding the selection of a mediator and proposed mediation dates and have been unable to come to an agreement at this time.

7.     In light of the fact that the mediation deadline is set for June 16, 2017, the parties hereby respectfully request that the deadline to select a mediator and mediation dates be extended ten (10) days, or until Monday, June 26, 2017.

8.     This motion is not meant for the purposes of delay but for the efficient administration of fairness and justice.  The parties believe this brief extension will facilitate the orderly progress of this case.

WHEREFORE, Premier Gaming and Luna hereby request the order of this Court, extending the deadline to file a stipulation selecting a mediator to Monday, June 26, 2017, and for other relief as is necessary and appropriate.

| /s/ Nicholas Lafalce | /s/ William F. Jung |
|---|---|
| **NICHOLAS LAFALCE, ESQUIRE** | **WILLIAM F. JUNG, ESQUIRE** |
| Florida Bar Number: 0119250 | Florida Bar Number: 0380040 |
| nlafalce@anthonyandpartners.com | wjung@jungandsisco.com |
| Anthony & Partners, LLC | Jung & Sisco, P.A. |
| 201 N. Franklin Street, Suite 2800 | 101 E. Kennedy Boulevard, Suite 3920 |
| Tampa, FL  33602 | Tampa, Florida 33602 |
| Tel:  813-273-5616 | Tel:  813-225-1988 |
| Telecopier: 813-221-4113 | Telecopier: 813-225-1392 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16th, 2017, a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel of record.

/s/  Nicholas Lafalce
**ATTORNEY**